IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

COLUMBIA DIVISION

| | |
|---|---|
| Daniel Woodard, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Ranis Mart of Columbia d/b/a City )<br>Gas; C.K. Acquisitions, LLC d/b/a )<br>El Cheapo; Winnsboro Petroleum )<br>d/b/a Pops Shell Station; Alhanik )<br>LLC d/b/a Obama Convenience )<br>Store; Cheapway d/b/a El Cheapo, )<br>)<br>Defendants. )<br>) | Civil Action No. 3:17-cv-1787-DCC<br><br>**ORDER OF DISMISSAL** |

IT APPEARING that the plaintiff, Daniel Woodard, by and through his undersigned attorneys, has determined that he no longer wishes to pursue this litigation against the above-named defendants, Ranis Mart of Columbia d/b/a City Gas, C.K. Acquisitions, LLC d/b/a El Cheapo, Winnsboro Petroleum d/b/a Pops Shell Station, Alhanik LLC d/b/a Obama Convenience Store, and Cheapway d/b/a El Cheapo,

NOW, THEREFORE, upon Motion of Sowell Gray Robinson Stepp & Laffitte, LLC, attorneys for the defendant, Winnsboro Petroleum d/b/a Pops Shell Station, by and with the consent of the undersigned attorneys for the plaintiff, Daniel Woodard, and the defendants, Ranis Mart of Columbia d/b/a City Gas, C.K. Acquisitions, LLC d/b/a El Cheapo, Winnsboro Petroleum d/b/a Pops Shell Station, Alhanik LLC d/b/a Obama Convenience Store, and Cheapway d/b/a El Cheapo,

IT IS ORDERED, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, that the Complaint and Amended Complaint in the above-entitled action be dismissed, with prejudice, as to all defendants.

AND IT IS SO ORDERED.

s/Donald C. Coggins, Jr.
Honorable Donald C. Coggins, Jr.
Judge, United States District Court

April 23, 2018
Spartanburg, South Carolina

Plaintiff:

GLENN WALTERS & ASSOCIATES, P.A.

By: S / Glenn Walters, Sr.
    Glenn Walters, Sr.
    ID No. 6435
    Post Office Box 1346
    Orangeburg, SC 29116-1346
    (803) 531-8844

LAW OFFICE OF HEMPHILL P. PRIDE, II, LLC

By: S / Hemphill P. Pride, II
    Hemphill P. Pride, II
    ID No. 3157
    Post Office Box 4529
    Columbia, SC 29240-4529

Attorneys for Plaintiff

*Dated: April 19, 2018*

Defendants:

SOWELL GRAY ROBINSON STEPP & LAFFITTE, LLC

By: S / Rebecca Laffitte
    Rebecca Laffitte
    ID No. 1036
    J. Michael Montgomery
    ID No. 10290
    Post Office Box 11449
    Columbia, SC 29211
    (803) 929-1400

Attorneys for Defendant, Winnsboro Petroleum d/b/a Pops Shell Station

*Dated: April 19, 2018*

MOORE TAYLOR LAW FIRM, P.A.

By: ___S / S. Jahue Moore___
    S. Jahue Moore
    ID No. 3120
    Post Office Box 5709
    West Columbia, SC 29171
    (803) 796-9160

Attorneys for Defendant, C.K. Acquisitions, LLC d/b/a El Cheapo

*Dated: April 19, 2018*

THE MOBLEY LAW FIRM, P.A.

By: ___S / John T. Mobley___
    John T. Mobley
    ID No. 6584
    925 Calhoun Street
    Columbia, SC 29201
    (803) 933-0010

DAVID J. MILLER LAW FIRM, LLC

By: ___S / David J. Miller___
    David J. Miller
    ID No. 9407
    501 Pelham Drive, F-201
    Columbia, SC 29209
    (803) 667-1600

Attorneys for Defendants, Ranis Mart of Columbia d/b/a City Gas, Alhanik, LLC d/b/a Obama Convenience Store, and Cheapway d/b/a El Cheapo

*Dated: April 19, 2018*